IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 05-36842 |
| CHARLES ERIC BEAN, | CHAPTER 13 |
| Debtor. | JUDGE A. BENJAMIN GOLDGAR |

STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes LITTON LOAN SERVICING, LP, SERVICER FOR CREDIT BASED ASSETT SERVICING AND SECURITIZATION LLC, its successors and/or assigns (hereinafter referred to as "LITTON"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on September 12, 2005, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That LITTON is a creditor of the Debtor with respect to a certain mortgage upon real estate, with a common address of 1611 S. Elizabeth Avenue, North Chicago, Illinois 60064.

3. That, on June 11, 2008, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount Under Paragraph B(2)(b) of Plan.

4. As of this date, creditor's records still reflect a balance of $733.77 in regular payments and an escrow advance of $4,287.97. (See Exhibits A and B.)

5. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

Respectively Submitted,

/s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for LITTON LOAN SERVICING, LP, SERVICER FOR CREDIT BASED ASSETT SERVICING AND SECURITIZATION LLC, its Successors and/or Assigns

PAYMENTS RECEIVED

| | |
|---|---|
| Creditor: | Litton Loan Servicing, LP |
| Debtor: | Charles Eric Bean |
| Case No.: | 05-B-36842-653 |
| Loan No.: | 8484248 |
| Our File No.: | 5350-N-4408 |
| Collateral: | 1611 S Elizabeth Avenue |
| | North Chicago, Illinois 60064 |

Loan status as of June 30, 2008

On-going mortgage payments scheduled to be paid beginning October 1, 2005 by Trustee

| DATE RECEIVED | AMOUNT RECEIVED | DUE DATE | AMOUNT DUE | MISC FEES PAID | PAID OVER / (SHORT) |
|---|---|---|---|---|---|
| October 31, 2005 | ($0.00) | October 1, 2005 | $933.97 | ($0.00) | ($933.97) |
| November 30, 2005 | ($0.00) | November 1, 2005 | $933.97 | ($0.00) | ($933.97) |
| December 20, 2005 | $3,427.20 | December 1, 2005 | $933.97 | ($0.00) | $2,493.23 |
| January 31, 2006 | ($0.00) | January 1, 2006 | $933.97 | ($0.00) | ($933.97) |
| February 28, 2006 | ($0.00) | February 1, 2006 | $975.19 | ($0.00) | ($975.19) |
| March 31, 2006 | ($0.00) | March 1, 2006 | $975.19 | ($0.00) | ($975.19) |
| April 19, 2006 | $4,164.80 | April 1, 2006 | $975.19 | ($0.00) | $3,189.61 |
| May 31, 2006 | ($0.00) | May 1, 2006 | $975.19 | ($0.00) | ($975.19) |
| June 30, 2006 | ($0.00) | June 1, 2006 | $975.19 | ($0.00) | ($975.19) |
| July 31, 2006 | ($0.00) | July 1, 2006 | $975.19 | ($0.00) | ($975.19) |
| August 22, 2006 | $3,796.00 | August 1, 2006 | $1,024.90 | ($0.00) | $2,771.10 |
| September 30, 2006 | ($0.00) | September 1, 2006 | $1,024.90 | ($0.00) | ($1,024.90) |
| October 13, 2006 | $1,898.00 | October 1, 2006 | $1,024.90 | ($0.00) | $873.10 |
| November 30, 2006 | ($0.00) | November 1, 2006 | $1,024.90 | ($0.00) | ($1,024.90) |
| December 19, 2006 | $1,898.00 | December 1, 2006 | $1,024.90 | ($0.00) | $873.10 |
| January 17, 2007 | $949.00 | January 1, 2007 | $1,024.90 | ($0.00) | ($75.90) |
| February 26, 2007 | $949.00 | February 1, 2007 | $1,024.90 | ($0.00) | ($75.90) |
| March 31, 2007 | ($0.00) | March 1, 2007 | $1,024.90 | ($0.00) | ($1,024.90) |
| April 30, 2007 | ($0.00) | April 1, 2007 | $1,024.90 | ($0.00) | ($1,024.90) |
| May 21, 2007 | $2,847.00 | May 1, 2007 | $1,024.90 | ($0.00) | $1,822.10 |
| June 30, 2007 | ($0.00) | June 1, 2007 | $1,024.90 | ($0.00) | ($1,024.90) |
| July 16, 2007 | $1,898.00 | July 1, 2007 | $1,024.90 | ($0.00) | $873.10 |
| August 31, 2007 | ($0.00) | August 1, 2007 | $1,024.90 | ($0.00) | ($1,024.90) |
| September 30, 2007 | ($0.00) | September 1, 2007 | $1,024.90 | ($0.00) | ($1,024.90) |
| October 15, 2007 | $2,847.00 | October 1, 2007 | $1,024.90 | ($0.00) | $1,822.10 |
| November 30, 2007 | ($0.00) | November 1, 2007 | $1,024.90 | ($0.00) | ($1,024.90) |
| December 31, 2007 | ($0.00) | December 1, 2007 | $1,024.90 | ($0.00) | ($1,024.90) |
| January 31, 2008 | ($0.00) | January 1, 2008 | $1,024.90 | ($0.00) | ($1,024.90) |
| February 19, 2008 | $3,297.00 | February 1, 2008 | $992.91 | ($0.00) | $2,304.09 |
| March 17, 2008 | $1,448.00 | March 1, 2008 | $992.91 | ($0.00) | $455.09 |
| April 21, 2008 | $949.00 | April 1, 2008 | $992.91 | ($0.00) | ($43.91) |
| May 16, 2008 | $949.00 | May 1, 2008 | $992.91 | ($0.00) | ($43.91) |
| June 13, 2008 | $949.00 | June 1, 2008 | $992.91 | ($0.00) | ($43.91) |
| June 30, 2008 | ($0.00) | | ($0.00) | ($0.00) | ($0.00) |
| TOTALS | $32,266.00 | | $32,999.77 | ($0.00) | ($733.77) |

PAYLOG

EXHIBIT A

**NAME: BEAN**  
**LOAN NO: 8484248**  
**BK CASE NO: 05-36842**

**ESCROW ACCOUNT HISTORY**

| TRANSACTION DATE | TRANSACTION | DEBIT (-) ESCROW | CREDIT (+) ESCROW | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | 550.93 |
| 7/17/2002 | County Tax Advanced | $ 2,217.40 | | (1,666.47) |
| 10/11/2002 | Borrower funds to escrow | | $ 138.87 | (1,527.60) |
| 11/7/2002 | Borrower funds to escrow | | $ 138.87 | (1,388.73) |
| 12/10/2002 | Borrower funds to escrow | | $ 138.04 | (1,250.69) |
| 1/14/2003 | Borrower funds to escrow | | $ 138.87 | (1,111.82) |
| 2/18/2003 | Borrower funds to escrow | | $ 138.87 | (972.95) |
| 3/11/2003 | Borrower funds to escrow | | $ 138.87 | (834.08) |
| 4/7/2003 | Borrower funds to escrow | | $ 138.87 | (695.21) |
| 7/8/2003 | Borrower funds to escrow | | $ 277.74 | (417.47) |
| 8/4/2003 | Borrower funds to escrow | | $ 277.74 | (139.73) |
| 9/15/2003 | Borrower funds to escrow | | $ 138.87 | (0.86) |
| 10/7/2003 | County Tax Advanced | $ 5,399.47 | | (5,400.33) |
| 11/11/2003 | Lender Placed Insurance Disbursement | $ 1,223.70 | | (6,624.03) |
| 2/28/2004 | Borrower funds to escrow | | $ 704.97 | (5,919.06) |
| 4/27/2004 | Refund - Lender Placed Insurance | | $ 564.65 | (5,354.41) |
| 12/8/2004 | Borrower funds to escrow | | $ 1,008.52 | (4,345.89) |
| 12/15/2004 | Lender Placed Insurance Disbursement | $ 1,130.88 | | (5,476.77) |
| 1/3/2005 | County Tax Advanced | $ 2,673.11 | | (8,149.88) |
| 9/9/2005 | County Tax Advanced | $ 2,547.68 | | (10,697.56) |
| 9/12/2005 | **BANKRUPTCY FILED (#05-36842)** | | | (10,697.56) |
| 9/12/2005 | **Amount claimed in POC** | | $ 10,697.56 | - |
| 10/3/2005 | Lender Placed Insurance Disbursement | $ 1,125.38 | | **(1,125.38)** |
| 8/4/2006 | County Tax Advanced | $ 1,399.42 | | **(2,524.80)** |
| 9/28/2006 | Borrower funds received applied to escrow | $ 1,146.58 | | **(3,671.38)** |
| 12/12/2006 | County Tax Advanced | $ 1,486.35 | | **(5,157.73)** |
| 3/27/2007 | Recovery of escrow | | $ 3,380.68 | **(1,777.05)** |
| 9/27/2007 | Lender Placed Insurance Disbursement | $ 1,229.40 | | **(3,006.45)** |
| 6/23/2008 | County Tax Advanced | $ 1,281.52 | | **(4,287.97)** |

EXHIBIT B